UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Vernon D. Williams and,
Colleen Williams,

Civil No. 09-2010 (PAM/RLE)

Plaintiffs,

v.

**ORDER**

Countrywide Home Loans,
Raquel Robinson, Joe Price,
Barbara Desoer, Home Equity
Loan Servicing, Brian White,
Countrywide Bank, Arnold Levin,
James Furash, Paul De Coff,
Countrywide Mortgage Ventures, LLC,
Brainerd Savings & Loan Association,
Catherine Meyer, Catherine Cameron,
Devin Lundmark, and Full Spectrum
Lending, Inc.,

Defendants.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Chief United States Magistrate Judge Raymond L. Erickson dated March 25, 2010, recommending that Plaintiffs' claims against Defendants Raquel Robinson, Joe Price, Barbara Desoer, Brian White, Arnold Levin, James Furash, and Paul De Coff be dismissed with prejudice for failure to comply with Chief Magistrate Judge Erickson's January 7, 2010, Order; for failure to effect proper service; and for lack of prosecution. No objections have been filed to the R&R in the time period permitted.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Docket No. 25) is **ADOPTED**; and

2. Plaintiffs' claims against Defendants Raquel Robinson, Joe Price, Barbara Desoer, Brian White, Arnold Levin, James Furash, and Paul De Coff are **DISMISSED with prejudice** for failure to comply with Chief Magistrate Judge Erickson's January 7, 2010, Order; for failure to effect proper service; and for lack of prosecution.

Dated:   April 12, 2010

                                            *s/Paul A. Magnuson*
                                          Paul A. Magnuson
                                          United States District Court Judge